# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY COLSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AHMAD K. YASIN, in individual and representative capacity as trustee of the A and M Yasin Family Trust; MAJEDA YASIN, in individual and representative capacity as trustee of the A and M Yasin Family Trust; GK ALL, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case No.** 5:18-CV-06764-SVK<br><br>ORDER [proposed] TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to January 12, 2020.

**IT IS SO ORDERED.**

Dated: December 27, 2019　　　　*/s/ Susan van Keulen*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　5:18-CV-06764-SVK